Mark S. Peloquin (SBN 213134) E-mail: mark@peloquinlaw.com
PELOQUIN, PLLC
800 Fifth Avenue, Suite 4100
Seattle, WA 98104-3100
Tel: 206-447-1336  Fax: 206-770-6562

Attorneys for Plaintiff William B. Marel

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| WILLIAM B. MAREL,<br><br>          Plaintiff,<br>     vs.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION,<br><br>          Defendant. | CASE NO. C 07-00306 JF<br><br>**PROPOSED ORDER**<br><br>Action Filed: December 19, 2006 |

Pursuant to the Stipulation, the Initial Case Management Conference is hereby moved to ~~May 28, 2007~~ June 1, 2007 at 10:30 AM.

IT IS SO ORDERED.

Dated:  4/23/07

_____
Honorable Jeremy Fogel

**PROOF OF SERVICE**

I hereby certify that a true and correct copy of Plaintiff's:

**PROPOSED ORDER**

Case No. C 07-00306 JF

was served upon:

> **B. CLYDE HUTCHINSON (SBN 037526).**
> bch@llcllp.com
> **ERIN EILEEN FRY (SBN 220959)**
> efry@llcllp.com
> LOMBARDI, LOPER & CONANT, LLP
> Lake Merritt Plaza
> 1999 Harrison Street, Suite 2600
> Oakland, CA 94612-3541
> Tel: (510) 433-2600
> Fax: (510) 433-2699
> *Attorneys for Defendant*
>
> by the means indicated below at their address above on the date below:
> [X] via Email
> [ ] via Fax
> [X] via US Mail

I certify under penalty of perjury that the foregoing is true and correct.

Executed on:   April 19, 2007

/s/ Stephanie W. Roberts
Stephanie W. Roberts
Paralegal
PELOQUIN, PLLC
800 Fifth Avenue, Suite 4100
Seattle, WA 98104-3100
Tel: (206) 447-1336
Fax: (206) 770-6562
Email: sroberts@peloquinlaw.com