**E-filed 8/28/07**

1  B. CLYDE HUTCHINSON, State Bar No. 037526
   bch@llcllp.com
2  ERIN EILEEN FRY, State Bar No. 220959
   efry@llcllp.com
3  LOMBARDI, LOPER & CONANT, LLP
   Lake Merritt Plaza
4  1999 Harrison Street, Suite 2600
   Oakland, CA 94612-3541
5  Telephone:   (510) 433-2600
   Facsimile:   (510) 433-2699
6
7  Attorneys for Defendant
   NATIONAL RAILROAD PASSENGER
   CORPORATION
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WILLIAM B. MAREL,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION; and Does 1 through 20, inclusive,<br><br>Defendants. | Case No. C 07-00306 JF<br><br>**STIPULATION AND ORDER RE DISMISSAL WITH PREJUDICE, EACH PARTY TO BEAR THEIR OWN COSTS**<br><br>Action Filed: December 19, 2006 |

IT IS HEREBY STIPULATED by and between Plaintiff William B. Marel and Defendant National Railroad Passenger Corporation through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice Federal Rule of Civil Procedure 41(a)(1).

///
///
///
///
///
///
///

---

13249-36438 EEF 538345.1                                    1                              Case No. C 07-00306 JF

STIPULATION & ORDER RE DISMISSAL WITH PREJUDICE, EACH PARTY TO BEAR OWN COSTS

1 | Each party agrees to bear their own costs.

2

3 | Dated: August 2, 2007

PELOQUIN, PLLC.

4

By: /s/ Mark S. Peloquin

5 | Mark S. Peloquin
Attorneys for Plaintiff William B. Marel

6

7 | Dated: August 2, 2007

LOMBARDI, LOPER & CONANT, LLP

8

9 | By: /s/ Erin Eileen Fry
Erin Eileen Fry

10 | Attorneys for Defendant National Railroad
Passenger Corporation

11

12

13 | Dated: 8/27/07

UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

14 | Jeremy Fogel